In the Matter of the Application of RUFUS S. TILDEN, Appellant, for a Mandamus Order against JOHN J. BENNETT, JR., Attorney-General of the State of New York, Respondent.— Order unanimously affirmed, with costs. McNamee, J., not sitting.

In the Matter of the Final Judicial Settlement of the Account of MARY M. KNEESKERN, as Administratrix, etc., of MAGGIE K. SMITH, Executrix, etc., of JONAS S. SMITH, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

## FOURTH DEPARTMENT, MARCH, 1932.

CHARLES H. CLARK, as Trustee in Bankruptcy of INVESTORS' UNDERWRITING CORPORATION, Appellant, v. HERBERT H. CHILDS and Others, Respondents, and WILLIAM F. BARNARD, Appellant.— Appeal dismissed, without costs, as academic in view of the decision made upon the appeal from the order entered May 14, 1931.* All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES H. CLARK, as Trustee in Bankruptcy of INVESTORS' UNDERWRITING CORPORATION, Appellant, v. HERBERT H. CHILDS and Others, Respondents, and WILLIAM F. BARNARD, Appellant.— Appeal dismissed, without costs, as academic in view of the decision made upon the appeal from the order entered May 14, 1931.■ All concur. Present — Sears, P. J., Ccouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Judicial Settlement of the Account of EARL D. CLARK, as Committee of the Person and Property of MILTON H. LAWRENCE, an Incompetent Person.— Order affirmed, with costs to the respondent Carey payable out of the fund. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HARMON FARR, Appellant, v. WILLIAM TEARE and Another, Respondents.— Judgment and order affirmed, with costs to the respondent Teare. All concur. Present — Crouch, Taylor, Edgcomb, Thompson and Crosby, JJ.

MATTHEW PARNELL, Respondent, v. HOLLAND FURNACE COMPANY and Another, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $6,250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified is, together with the order, affirmed, without costs of this appeal to either party. (See Clarke v. Eighth Ave. R. R. Co., 238 N. Y. 246.) All concur, except Edgcomb and Thompson, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint upon the grounds stated in their dissent in the case of Parnell v. Holland Furnace Co. (234 App. Div. 567), decided herewith. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ANTHONY PACER, Respondent, v. WLADYSLAW PIECZYNSKI and Others, Appellants, and FLORENCE PACER, Respondent.— Judgment modified and as modified affirmed, with costs to appellants. Certain findings of fact and conclusions of law disapproved and reversed and new findings and conclusions made. All concur, except Thompson, J., who dissents and votes for affirmance. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

NELSON V. HARDING, Respondent, v. CHARLES G. SCHOEN and Another, Appel-